USCA1 Opinion

 

 November 3, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1314 CESAR B. RESURRECCION, Petitioner, v. UNITED STATES OF AMERICA, Respondent. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Douglas P. Woodlock, U.S. District Judge] ___________________ ____________________ Before Boudin, Cyr and Stahl, Circuit Judges. ______________ ____________________ Cesar B. Resurreccion on brief pro se. _____________________ Donald K. Stern, United States Attorney, and Timothy Q. Feeley, _______________ __________________ Assistant United States Attorney, on brief respondent. ____________________ ____________________ Per Curiam. Petitioner Cesar B. Resurreccion appeals __________ the dismissal by the United States District Court for the District of Massachusetts of his motion, pursuant to 28 U.S.C. 2255, to vacate, set aside or correct his sentence. We have reviewed the record in this case, as well as the parties' briefs. Petitioner has failed to demonstrate that the failure by his counsel to raise any issue below "was sufficiently prejudicial to undermine confidence in the outcome of the trial." Singleton v. United States, 26 F.3d _________ _____________ 233, 238 (1st Cir. 1994). Therefore, his petition for relief was properly denied. Affirmed. ________